UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                    Chapter 13
                                                       07-65001-SWR
Johnson/Jonas Everett, Jr.                    Judge Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO US BANK, N.A. AS SERVICER FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

        This matter having come before this Court on the Motion of US Bank, N.A. as servicer for Mortgage Electronic Registration Systems, Inc. ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

        IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the property known as 5266 Maryland Street, Detroit, MI 48224, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001(a)(3), is waived; that this Order shall be served on the Chapter 13 Trustee and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on October 30, 2009**

                                                        **_____/s/ Steven Rhodes_____**
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**